UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Aniya SL Hoskins | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Bky. No. 25-10576 |

### DEBTOR OBJECTION TO CLAIM

Debtor herein files this Objection to Claim pursuant to Fed.R.Bankr.P. 3007(a) as to Claimant on the following grounds:

1. The Debtor commenced this action by the filing of a Chapter 13 petition on February 13, 2025. Thus, this court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334
2. Jefferson Capital Systems LLC filed proof of claim #2 on April 9, 2025
3. The Proof of Claim is objected to for the following reasons:
4. It was not properly served on Debtor. Creditor mailed claim to wrong address and no service to debtor makes the claim invalid
5. Creditor has failed to provide the debtor with "debt validation/debt verification" as required by The Fair Debt Collection Practices Act (FDCPA)
   If this claim is not voided for not giving proper notice as required b the Rules, then debtor request that creditor provide strict proof of this debt, which lists the interests, late fees and payments from the year 20220 to present.

/s/ Aniya Hoskins

512 ½ N Charlotte St

Pottstown Pa 19464

Aniyahoskins1221@gmail.com

484-366-6787